**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Barry KAPLAN, Defendant–Appellant.**

No. 95–4908.

United States Court of Appeals, Eleventh Circuit.

July 31, 1998.

Bruce A. Zimet, Ft. Lauderdale, FL, for Defendant–Appellant.

William A. Keefer, Linda Collins Hertz, Anne Ruth Schultz, Kathleen M. Salyer, Lawrence D. LaVecchio, Adalberto Jordan, U.S. Attys., Miami, FL, for Plaintiff–Appellee.

Before HATCHETT, Chief Judge, and TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.